IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIZA M. ELIAS,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | ) C.A. No. 12-14 Erie<br>)<br>) |
| COMMUNITY RESOURCES FOR<br>INDEPENDENCE, INC., et al,<br>　　　　Defendants. | )<br>)<br>)<br>) |

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on January 13, 2012, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, issued on February 12, 2014, recommended that Plaintiff's motion for partial summary judgment for FMLA interference [ECF No. 25] be granted, and that judgment be entered in favor of Plaintiff and against Defendants on Plaintiff's FMLA interference claim. Service was made on all parties electronically. Objections were filed by Defendants on February 25, 2014. Plaintiff filed a response in opposition on March 5, 2014. After de novo review of the complaint and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

　　　　AND NOW, this 28th day of March, 2014;

　　　　IT IS HEREBY ORDERED that Plaintiff's motion for partial summary judgment for FMLA interference [ECF No. 25] is GRANTED, and that judgment is entered in favor of

Plaintiff and against Defendants on Plaintiff's FMLA interference claim.

The report and recommendation of Magistrate Judge Baxter, issued February 12, 2014, is adopted as the opinion of the court.

SO ORDERED:

s/ Terrence F. McVerry

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record ____